Sheehan & Associates, P.C.                                      60 Cuttermill Road, Suite 409, Great Neck NY 11021
spencer@spencersheehan.com                                      tel. (516) 268-7080      fax (516) 234-7800

December 29, 2020

District Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

            Re: 1:20-cv-09012-PKC
               Kamara v. Pepperidge Farm, Inc.

Dear District Judge Castel:

  This office represents the plaintiff. In accordance with your Honor's Individual Practices, plaintiff requests an adjournment of the initial conference and submission of the civil case management plan and scheduling order.

  The original initial conference date is Thursday, January 7, 2021 at 10:30 AM and the civil case management plan and scheduling order are required to be submitted by Thursday, December 31, 2020. The reason for this request is because my office has been in contact with an attorney who was recently retained to represent defendant. The parties have been in negotiation for defendant to waive service of process. This action was filed on October 28, 2020 and the deadline for service is January 26, 2021. Nevertheless, plaintiff anticipates filing a signed waiver of service in advance of that date. Plaintiff requests, on consent of defendant, that the initial conference be adjourned until Friday, February 19, 2020, with the civil case management plan and scheduling order submitted by Wednesday, February 12, 2021.

  There have been no previous requests for adjournments or extensions. No prior request was granted or denied. The requested adjournment and extension do not affect any other scheduled dates. This request is submitted at least 48 hours prior to the date by which the parties are required to submit the civil case management plan and scheduling order. Thank you.

               Respectfully submitted,

              /s/Spencer Sheehan
              Spencer Sheehan

Application granted. Conference adjourned from Jan 7, 2021 to February 19, 2021 at 10:30 a.m. Submit CMP/SO two days before the conference.
SO ORDERED.
Dated: 12/30/2020

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Certificate of Service

I certify that on December 29, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan