**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HAWA KAMARA, individually and on behalf of
all others similarly situated,

                        Plaintiff,

    -against-                              20 **CIVIL** 9012 (PKC)

## JUDGMENT

PEPPERIDGE FARM, INCORPORATED,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 9, 2021, Defendant's motion to dismiss is granted in its entirety. Plaintiff's request for leave to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York

      November 9, 2021

                                                              **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                             **BY:**    *K. Mango*

                                                                   **Deputy Clerk**